# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

PETER WILSON, individually
and on behalf of others similarly situated,

    Plaintiff,

  v.

MODERNIZE, INC.,

    Defendant.

Case No.: 1:26-cv-00054

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Modernize, Inc. ("Modernize") and Plaintiff Peter Wilson ("Plaintiff") hereby stipulate to an extension of time by which Modernize may answer or otherwise respond to Plaintiff's Complaint.

1. On January 12, 2026, Plaintiff filed his Complaint. (ECF No. 1.)

2. Modernize was served on January 13, 2026, making Modernize's current deadline to answer or otherwise respond to the Complaint February 3, 2026.

3. The parties stipulate that Modernize's deadline to answer or otherwise respond to the Complaint is extended by 30 days to March 5, 2026.

DATED: January 28, 2026

| | |
|---|---|
| By:   */s/ Andrew R. Perrong*<br>     Andrew Roman Perrong, Esq.<br>     Perrong Law LLC<br>     2657 Mount Carmel Avenue<br>     Glenside, Pennsylvania 19038<br>     Phone: 215-225-5529 (CALL-LAW)<br>     Facsimile: 888-329-0305<br>     a@perronglaw.com<br><br>     *Counsel for Plaintiff Wilson* | By:   */s/ Elizabeth B. Chun*<br>     Elizabeth B. Chun (Texas Bar No. 24082700)<br>     **KELLEY DRYE & WARREN LLP**<br>     515 Post Oak Blvd.<br>     Suite 900<br>     Houston, TX 77027<br>     Tel.: (713) 355-5000<br>     Fax: (713) 355-5001<br>     bchun@kelleydrye.com<br><br>     James B. Saylor (*pro hac vice* forthcoming)<br>     Whitney M. Smith (*pro hac vice* forthcoming)<br>     Bryce T. Brenda (*pro hac vice* forthcoming)<br>     **KELLEY DRYE & WARREN LLP**<br>     3 World Trade Center<br>     175 Greenwich St.<br>     New York, NY 10007<br>     Tel.: (212) 808-7800<br>     Fax: (212) 808-7897<br>     jsaylor@kelleydrye.com<br>     wsmith@kelleydrye.com<br>     bbrenda@kelleydrye.com<br><br>     *Counsel for Defendant Modernize* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's electronic filing system on this 28th day of January 2026.

                                                             */s/ Elizabeth B. Chun*
                                                             Elizabeth B. Chun