## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

PETER WILSON, individually
and on behalf of others similarly situated,

  Plaintiff,

  v.

MODERNIZE, INC.,

  Defendant.

Case No.: 1:26-cv-00054

### DECLARATION OF GREGG HICKS

Pursuant to the provisions of 28 U.S.C. § 1746, I, Gregg Hicks, declare and state as follows:

1. I am over the age of 18, and I make this Declaration in support of Defendant Modernize, Inc.'s ("Modernize") motion to dismiss and/or strike class allegations.

2. I am employed by Modernize, Inc. and currently hold the title of Vice President. I have been employed by Modernize since July 2020. Prior to my position as Vice President of Modernize, I was an employee of QuinStreet, Inc. ("QuinStreet"), Modernize's current parent company, since 2008.

3. This Declaration is based on my personal knowledge that is made available to me during the course of my employment at Modernize, where I have access to and personal knowledge of its records. If called as a witness, I could and would testify competently hereto.

4. Modernize is a subsidiary of QuinStreet. As a company, QuinStreet matches customers with product and service providers in various verticals, such as insurance, personal

loans, and home improvement services. Modernize focuses on matching customers with service providers that relate specifically to home improvement needs, such as window replacement, AC/heating installation, roof repair, and solar panel installation.

5.      Modernize identifies and interacts with its customers and potential customers by a number of different means, including by telephone. While Modernize reaches out to prospective customers by telephone, it only does so with respect to persons who have specifically inquired about products and services and provided express written permission to be contacted by Modernize on a specific phone number. One way that such persons indicate their interest and provide their permission to be contacted by Modernize is by completing a web form, either directly through one of Modernize's websites or through a third-party website.

6.      Modernize's website, https://modernize.com/quote/solar/ (the "Website"), is a premier service that connects prospective homeowners with solar energy service providers in their respective area.  Customers who visit the Website have the option of completing a multi-page web form (the "Web Form") to get quotes.

7.      Through my employment at Modernize, I am familiar with the Website, the presentation of the Web Form, and records associated with customers who complete the Web Form.

8.      Modernize's records reflect that on October 3, 2025, Plaintiff Peter Wilson ("Plaintiff"), or someone acting on his behalf, visited the Website and completed the Web Form with information in connection with a request for solar energy quotes.

9.      The Web Form was populated with Plaintiff's name, Peter Wilson, a telephone number ending in -0982 (the "0982 Number"), which I understand corresponds with the telephone number confirmed by Plaintiff's Counsel to belong to the Plaintiff, a home address in Lakewood, Ohio, and other personal information.  The IP address associated with the webform submission

points to a computer or device located in Lakewood, Ohio, which matches the city and state information submitted by Plaintiff on the Web Form.

10.     In navigating through each step of the Web Form, Plaintiff actively clicked through the Web Form's prompts to continue the process to get to the next page.  The last page of the Web Form including the following language, immediately below an orange button to submit his information and "COMPARE PRICES," confirming that Plaintiff agreed to be contacted at the 0982 Number regarding his inquiry:

> By submitting, you authorize Modernize and up to <u>four home improvement companies</u>, to make marketing calls and texts to the phone number provided to discuss your home improvement project. You understand some may use auto-dialers, SMS messages, artificial and prerecorded voice messages to contact you. There is no requirement to purchase services. Please see our <u>Privacy Notice</u> and <u>Terms of Use</u>.

11.     Following the Web Form submission, Modernize contacted Plaintiff on November 3, 2025 on the 0982 Number in response to his inquiry about solar quotes. Plaintiff answered the call, was asked whether he had received an estimate for solar panels, and responded that he had not. Plaintiff then asked for information about Modernize and hung up. A transcript of this November 3, 2025 call is attached hereto as **Exhibit A**.

12.     Modernize called Plaintiff a second time on December 3, 2025 on the 0982 number. During this second call, Plaintiff asked where the caller was from and asked to not be called again. A transcript of this December 3, 2025 call is attached hereto as **Exhibit B**.

13.     After Plaintiff's do-not-call request during the second call, Modernize promptly added Plaintiff to its Internal Do-Not-Call list and did not place any further calls to the 0982 number. In all, Modernize only placed two calls to the 0982 number—the November 3 and December 3, 2025 calls described above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2026

Signed by:

Gregg L Hicks

Gregg Hicks