# EXHIBIT A

**AUDIO FILE TRANSCRIPT**

**Call between Plaintiff Peter Wilson and Modernize, November 3, 2025**

CALL TIME:  1 min, 15 seconds

| | |
|---|---|
| Emily: | Hello? |
| Peter: | Hello? |
| Emily: | Can I speak to Peter? |
| Peter: | This is he. |
| Emily: | My name is Emily and I am with modernized home services on a recorded line, I am calling about a solar panel. Were you able to receive an estimate or not yet? |
| Peter: | Not yet. So you're what? What's the name of your? What's the name of your company? |
| Emily: | It's from Modernized Home Services |
| Peter: | Hold on one second. I want to go to your website. What's it called? |
| Emily: | Uh, Oh sure.  Sorry. |
| Peter: | Modernize |
| Emily: | Modernized.com, if you want to go to our website, modernized.com |
| Peter: | OK. Oh, OK. OK. And then? What's your where are you guys based out of? |
| Emily: | Oh, actually we are based out of Austin, Texas, but we do have local contractors in Ohio with the ZIP code 44107. |
| Peter: | OK. Thank you. |
| Emily: | Alright. And so, uh, you also … |
| | (End of recording) |