# EXHIBIT B

## TRANSCRIPT OF AUDIO FILE

### Call between Plaintiff Peter Wilson and Modernize, December 3, 2025

CALL TIME:  1 min, 36 seconds

| Ray: | Hi! Good Morning  Is this Peter? |
|---|---|
| Peter: | Uh, yes.  Who's this? |
| Ray: | Hi! Peter, this is Rae from Modernized Home Services on a recorded line and I'm calling about your previous requests about installing your new solar panels. You already got a chance to start or no, not yet? |
| Peter: | Uh, hold on one second please.  Hold on. |
| Ray: | Sure, no problem. |
| Peter: | Yeah, hello.  I'm sorry … |
| Ray: | Yes.. |
| Peter: | ..it's Rae from, where are you from again? |
| Ray: | From Modernized Home Services |
| Peter: | I see, yeah, you called me before, uh, so I'm not sure why … I had said, please stop calling so that, this is like the third time you've called.  What is your website? |
| Ray: | It's Modernized.com, Peter. |
| Peter: | And, where are you located? |
| Ray: | Our main office, we are in Austin, Texas |
| Peter: | OK, thank you very much.  And, please don't call back. |
| Ray: | Alright, sure.  No problem.  Sorry for the inconvenience.  Take care.  Yeah. |