IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PETER WILSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MODERNIZE, INC.,<br><br>Defendant. | Case No.: 1:26-cv-00054 |

**DEFENDANT MODERNIZE, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel, of record for Defendant Modernize, Inc. ("Modernize") hereby certifies that as of this date, Modernize's parent corporation is QuinStreet, Inc. ("QuinStreet"), a publicly held corporation, owning 10% or more of Modernize's stock. As of this date, no other publicly held corporation owns 10% or more of its stock.

DATED: March 5, 2026                                      Respectfully submitted,

                                      By:   */s/ Elizabeth B. Chun*
                                               Elizabeth B. Chun (Texas Bar No. 24082700)
                                               **KELLEY DRYE & WARREN LLP**
                                               515 Post Oak Blvd.
                                               Suite 900
                                               Houston, TX 77027
                                               Tel.: (713) 355-5000
                                               Fax: (713) 355-5001
                                               bchun@kelleydrye.com

                                               James B. Saylor (*pro hac vice* forthcoming)
                                               Bryce T. Brenda (*pro hac vice* forthcoming)
                                               **KELLEY DRYE & WARREN LLP**
                                               3 World Trade Center
                                               175 Greenwich St.
                                               New York, NY 10007
                                               Tel.: (212) 808-7800
                                               Fax: (212) 808-7897
                                               jsaylor@kelleydrye.com
                                               bbrenda@kelleydrye.com

                                               *Counsel for Modernize, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's electronic filing system on this fifth day of March, 2026.

                                               */s/ Elizabeth B. Chun*
                                               Elizabeth B. Chun