**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT AUSTIN**

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | 1:26-cv-54 |
| Plaintiff, | : | |
| | : | **COMPLAINT – CLASS ACTION** |
| v. | : | |
| | : | |
| MODERNIZE, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |
| | : | |
| _____/ | | |

## <u>JOINT MOTION FOR EXTENSION OF TIME</u>

The Plaintiff, Peter Wilson, respectfully requests that he receive an extension of time to April 3, 2026, to respond to Defendant's motion to dismiss. This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations. The Defendant, Modernize, Inc., respectfully requests that it receive an extension of time to April 20, 2026, to file a reply. The additional time is needed for much the same reasons. The parties have met and conferred and jointly request the relief herein, which is not sought for undue delay or any other improper purpose. Wherefore, premises considered, the parties respectfully extend the deadlines as outlined herein.

Plaintiff,
By Counsel

Dated: March 12, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this March 12, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.