IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT AUSTIN

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 1:26-cv-54 |
| Plaintiff, | : : | |
| v. | : : : | **COMPLAINT – CLASS ACTION** |
| MODERNIZE, INC. | : : | **JURY TRIAL DEMANDED** |
| Defendant. | : : : | |

**[PROPOSED ORDER GRANTING]**
**JOINT MOTION FOR EXTENSION OF TIME**

AND NOW, this _____ day of _____, 2026, it is hereby ordered that the Joint Motion for Extension is Granted. Plaintiff shall have an extension of time up to and including April 3, 2026 in order to file appropriate responses to Defendant's Motion to Dismiss, and Defendant shall have until April 20, 2026, to file a reply.

B*y the* C*ourt:*

_____

J.