**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT AUSTIN**

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | |
| | : | CIVIL ACTION FILE NO. |
| | : | 1:26-cv-54 |
| Plaintiff, | : | |
| | : | **COMPLAINT – CLASS ACTION** |
| v. | : | |
| | : | |
| MODERNIZE, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |
| | : | |
| _____ / | | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff respectfully notifies that the above-

captioned matter is voluntarily dismissed without prejudice.


Plaintiff,
By Counsel

Dated: April 2, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

**<u>CERTIFICATE OF SERVICE</u>**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this April 2, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.